IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DERONDA REED**                                                                                  **PLAINTIFF**

V.                                    CASE NO.  3:08CV00018 BD

**MICHAEL J. ASTRUE,**
**Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed. Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 30th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE